01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                     AT SEATTLE

08  UNITED STATES OF AMERICA,           )   CASE NO. MJ 10-209
                                         )
09          Plaintiff,                   )
                                         )
10      v.                               )
                                         )   DETENTION ORDER
11  KURT LIDTKE,                         )
                                         )
12          Defendant.                   )
    _____ )
13

14  <u>Offense charged</u>:       Conspiracy to Transport Stolen Property

15  <u>Date of Detention Hearing</u>:    May 29, 2010

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21          (1)     Defendant was arrested on the instant charges in the District of Montana.  He was

22  ordered transferred to this District to address the detention issue.  Defendant was not interviewed

DETENTION ORDER                                                              PAGE 1

01  by Pretrial Services in this District.  He does not contest detention.

02  　　　(2)　　Defendant has a past criminal record that includes Theft in the First Degree from

03  King County Superior Court.

04  　　　(3)　　Because he was not interviewed by Pretrial Services, some of his background

05  information is not verified.  He poses a risk of nonappearance due to  previous failures to appear

06  and an active misdemeanor warrant.  He poses a risk of danger based on past criminal history and

07  the nature of the instant offense.

08  　　　(4)　　There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12  　　　(1)　　Defendant shall be detained pending trial and committed to the custody of the

13  　　　　　　Attorney General for confinement in a correction facility separate, to the extent

14  　　　　　　practicable, from persons awaiting or serving sentences or being held in custody

15  　　　　　　pending appeal;

16  　　　(2)　　Defendant shall be afforded reasonable opportunity for private consultation with

17  　　　　　　counsel;

18  　　　(3)　　On order of a court of the United States or on request of an attorney for the

19  　　　　　　Government, the person in charge of the corrections facility in which defendant

20  　　　　　　is confined shall deliver the defendant to a United States Marshal for the purpose

21  　　　　　　of an appearance in connection with a court proceeding; and

22  　　　(4)　　The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                                                           PAGE 2

01    counsel for the defendant, to the United States Marshal, and to the United States

02    Pretrial Services Officer.

03  DATED this <u>19th</u> day of May, 2010.

04

05        Mary Alice Theiler
        United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                   PAGE 3